Jason W. Callen (JC 2106)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY D. LAURENT,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br><br>　　　　　　　Defendants. | Case No.:　　06 CV 2280 (MBM)<br><br>ECF Case<br><br>**DECLARATION OF JASON W. CALLEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S <u>CLASS ACTION COMPLAINT</u>** |

　　　　I, JASON W. CALLEN, hereby declare under penalty of perjury, as follows:

　　　　1.　　I am a practicing attorney duly admitted to the Bar of the State of Illinois and admitted to appear pro hac vice before this Court for purposes of this action.  I am an associate at the firm of Kirkland & Ellis LLP, attorneys for the defendants, PricewaterhouseCoopers LLP *et al.*  I submit this declaration in support of Defendants' Motion To Dismiss Plaintiff's Class Action Complaint.

　　　　2.　　Attached hereto as Exhibit A is a true and correct copy of the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP ("RBAP").

　　　　3.　　Attached hereto as Exhibit B is a true and correct copy of the RBAP's summary plan description for 1999.

　　　　4.　　Attached hereto as Exhibit C is a true and correct copy of the RBAP's summary plan description for 2001.

　　　　5.　　Attached hereto as Exhibit D is a true and correct copy of determination letter issued to the RBAP by the Internal Revenue Service in 1996.

6. Attached hereto as Exhibit E is a true and correct copy of determination letter issued to the RBAP by the Internal Revenue Service in 2004.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Notice of Voluntary Dismissal of Counts and Defendants filed on February 16, 2006, in Case No. 05-1291, United States District Court for the District of Columbia.

8. Attached hereto as Exhibit G is a true and correct copy of a Minute Order filed on March 8, 2006, in Case No. 05-1291, United States District Court for the District of Columbia.

9. Attached hereto as Exhibit H is a true and correct copy of the declaration of Melinda Burnham submitted in support of Defendant's Motion To Dismiss Plaintiff's Class Action Complaint.

10. Attached hereto as Exhibit I is a true and correct copy of documents showing the annual returns from 1996-2005 for the Northern Trust Short Term Investment Fund, an investment measure that was available under the RBAP.


Dated:  April 28, 2006                          BY  /S/ Jason W. Callen
                                                Jason W. Callen