Jason W. Callen (JC 2106)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY D. LAURENT,<br><br>                Plaintiff,<br><br>- against -<br><br>PRICEWATERHOUSECOOPERS LLP, *et al*.,<br><br>                Defendants. | Case No.:    06 CV 2280 (MBM)<br><br>ECF Case<br><br>**DECLARATION OF JASON W. CALLEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED <u>CLASS ACTION COMPLAINT</u>** |

      I, JASON W. CALLEN, hereby declare under penalty of perjury, as follows:

      1.      I am a practicing attorney duly admitted to the Bar of the State of Illinois and admitted to appear pro hac vice before this Court for purposes of this action.  I am an associate at the firm of Kirkland & Ellis LLP, attorneys for the defendants, PricewaterhouseCoopers LLP *et al.*  I submit this declaration in support of Defendants' Motion To Dismiss First Amended Class Action Complaint.

      2.      Attached hereto as Exhibit A is a true and correct copy of the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP ("RBAP").

      3.      Attached hereto as Exhibit B is a true and correct copy of the RBAP's summary plan description for 1999.

      4.      Attached hereto as Exhibit C is a true and correct copy of the RBAP's summary plan description for 2001.

      5.      Attached hereto as Exhibit D is a true and correct copy of determination letter issued to the RBAP by the Internal Revenue Service in 1996.

      6.      Attached hereto as Exhibit E is a true and correct copy of determination letter issued to the RBAP by the Internal Revenue Service in 2004.

      7.      Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Notice of Voluntary Dismissal of Counts and Defendants filed on February 16, 2006, in Case No. 05-1291, United States District Court for the District of Columbia.

      8.      Attached hereto as Exhibit G is a true and correct copy of a Minute Order filed on March 8, 2006, in Case No. 05-1291, United States District Court for the District of Columbia.

Dated:  May 18, 2006                          BY  /S/ Jason W. Callen
                                                                     Jason W. Callen