Eli Gottesdiener (EG 0111)
GOTTESDIENER LAW FIRM, PLLC
498 7th Street
Brooklyn, NY  11215
Telephone:  (718) 788-1500
Facsimile:   (718) 788-1650

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY D. LAURENT <br><br> SMEETA SHARON, and <br><br> MICHAEL A. WEIL, <br><br> On behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> PRICEWATERHOUSECOOPERS LLP, *et al.,* <br><br> Defendants. | Case No.: 06 CV 2280 (MBM) <br><br> ECF case |

### DECLARATION OF ELI GOTTESDIENER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT

I, Eli Gottesdiener, under penalty of perjury, declare and say:

1.  I represent the Plaintiffs in this matter and am a practicing attorney duly admitted to the Bar of the State of New York and the Bar of this Court.  I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Class Action Complaint.

2.  Attached hereto as Exhibit 1 is a true and correct copy of Schedule B, Line 6 from the Retirement Benefit Accumulation Plan for Employees of

PricewaterhouseCoopers LLP ("RBAP") IRS Form 5500 for plan year ending June 30, 2005.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order and Final Judgment in *Esden v. The Retirement Plan of First National Bank of Boston,* 97-CV-114-WKS (D. Vt.), Doc. 111, dated March 21, 2001.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Department Of Labor, Office of Inspector General, *PWBA Needs To Improve Oversight of Cash Balance Plan Lump Sum Distributions,* Report No. 09-02-001-12-121, March 29, 2002.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from McGill *et al.*, *Fundamentals of Private Pensions* (Oxford, 8th ed. 2005), pertaining to normal retirement age.

6. Attached hereto as Exhibit 5 is a true and correct copy of Chapter 11 of Hubert V. Forcier, *Guide to Cash Balance Plans* (Aspen 2003 & 2005 Supp.).

7. Attached hereto as Exhibit 6 is a true and correct copy of the RBAP's Summary Plan Description for 2004.

8. Attached hereto as Exhibit 7 is a true and correct copy of the RBAP's Summary Plan Description for 2003.

9. Attached hereto as Exhibit 8 is a true and correct copy of the RBAP's Summary Plan Description for 2005.

10. Attached hereto as Exhibit 9 is a true and correct copy of an unpublished opinion in *Hopkins v. Prudential Insur. Co. of America*, 1:05-cv-00713, Doc. 57 (N.D. Ill., May 15, 2006).

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

    /s    Eli Gottesdiener
    Eli Gottesdiener (EG 0111)

Dated: Brooklyn, New York
       June 8, 2006