**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIMOTHY D. LAURENT, *et al.*,<br><br>               Plaintiffs,<br><br>   - against -<br><br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br><br>               Defendants. | Case No.:   06 CV 2280 (GBD)<br><br>ECF Case<br><br>**DECLARATION OF LAUREN O. CASAZZA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Lauren O. Casazza, declare as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Defendants PricewaterhouseCoopers LLP, *et al.* I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. True and accurate copies of the following documents are attached hereto as indicated:

   a) As Exhibit A: PricewaterhouseCoopers LLP's ("PwC") Retirement Benefit Accumulation Plan ("RBAP"), dated July 1, 1995.

   b) As Exhibit B: PwC's RBAP Summary Plan Description, dated July 1, 1999.

   c) As Exhibit C: PwC's RBAP Summary Plan Description, dated August 1, 2001.

   d) As Exhibit D: PwC's Retirement Plan Newsletter, titled "Financial Well-Being," dated Winter 2004.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2008        BY  /s/  Lauren O. Casazza

                                                                                      Lauren O. Casazza (LC 6121)
                                                                                     KIRKLAND & ELLIS LLP
                                                                                     Citigroup Center
                                                                                     153 East 53rd Street
                                                                                     New York, NY 10022-4611
                                                                                     Telephone:    (212) 446-4800
                                                                                     Facsimile:     (212) 446-4900
                                                                                     Email: lcasazza@kirkland.com