UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                 :

TIMOTHY D. LAURENT, *et al*.,           :

          Plaintiffs,                                :

          -v-                                        :          06-CV-2280 (JPO)

PRICEWATERHOUSECOOPERS, LLP, *et al*., :

          Defendants.                     :          NOTICE OF MOTION

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated September 16, 2016; the accompanying declaration of Daniel J. Thomasch, dated September 16, 2016, together with the exhibits thereto; and all prior pleadings and proceedings herein, Defendants PricewaterhouseCoopers LLP, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, and the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, by and through their undersigned counsel, will move this Court before the Honorable J. Paul Oetken, United States District Judge, in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square , New York, NY 10007, at a date and time to be determined by this Court, under Federal Rule of Civil Procedure 12(c) for judgment on the pleadings dismissing the Plaintiffs' Second Amended Complaint with prejudice, and for such other and further relief in favor of Defendants and against Plaintiffs as this Court may deem just and proper.

Dated:  September 16, 2016
        New York, New York

        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        By: /s/ Daniel J. Thomasch

        Daniel J. Thomasch
        Richard W. Mark
        Amer S. Ahmed
        200 Park Avenue
        New York, New York 10166-0193
        Tel.:  (212) 351-4000
        Fax:  (212) 351-4035

        *Attorneys for Defendants*

To:    Eli Gottesdiener
        Gottesdiener Law Firm PLLC
        498 7th Street
        Brooklyn, New York 11215
        Email: eli@gottesdienerlaw.com
        Tel.:  (718) 788-1500
        Fax:  (718) 788-1650

        *Attorney for Plaintiffs and the Plaintiff Class*