UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY D. LAURENT, *on behalf of himself and all others similarly situated*,

                     Plaintiffs,

-v-

PRICEWATERHOUSECOOPERS LLP, et al.,

                     Defendants.

06-CV-2280 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    In light of the possible Supreme Court review of the Second Circuit's decision in *Laurent v. PricewaterhouseCoopers LLP*, 945 F.3d 739, 749 (2d Cir. 2019), the Court hereby stays this action pending the outcome of PricewaterhouseCoopers LLP's petition for certiorari. The parties are directed to file a joint status letter informing the Court when a decision regarding the pending cert petition has been made.

    The Clerk of Court is directed to stay the case pending further order.

    SO ORDERED.

Dated: March 10, 2021
       New York, New York

                                      _____
                                          J. PAUL OETKEN
                                       United States District Judge