UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY D. LAURENT, *on behalf of himself and all others similarly situated*,<br>                                    Plaintiff,<br><br>                         -v-<br><br>PRICEWATERHOUSECOOPERS LLP, et al.,<br>                                   Defendants. | 06-CV-2280 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

       In light of the Supreme Court's denial of PricewaterhouseCoopers LLP's petition for certiorari, the stay in this case is hereby lifted.

       SO ORDERED.

Dated: July 29, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge