

**Gottesdiener**
Law Firm, PLLC

New York | Washington, D.C.
www.gottesdienerlaw.com

498 7th Street
Brooklyn, NY 11215
Tel: 718.788.1500
Fax: 718.788.1650

**Eli Gottesdiener**
eli@gottesdienerlaw.com

August 2, 2022

<u>Via ECF</u>

The Honorable J. Paul Oetken
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007-1312

   Re: *Laurent, et al. v. PwC, et al.*, Civ. No. 06-2280 (S.D.N.Y.) (JPO)
      Joint Request to Stay Proceedings Pending Settlement Discussions

Dear Judge Oetken:

  I write jointly on behalf of the parties to the above-captioned case to request that the Court stay further proceedings in this matter. The parties have agreed to a settlement in principle and respectfully submit that a stay of proceedings will allow them to prepare a settlement agreement and submissions seeking the Court's preliminary approval of the same.

  The parties will provide an update to the Court within 45 days of the date of this letter.

  Thank you for your consideration of this matter.

            Respectfully submitted,

            /s

            Eli Gottesdiener
            *Attorney for Plaintiffs and the Class*

cc:  All defense counsel