UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY D. LAURENT,
                  Plaintiff,

-v-

PRICEWATERHOUSECOOPERS LLC,
                  Defendant.

06-CV-2280 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, this case is hereby STAYED pending further order. The pending motion for reconsideration [ECF 277] is denied as moot without prejudice to reinstatement in the event that the settlement is not consummated. The parties shall file a motion for preliminary approval or a status letter within 45 days after the date of this order.

    The Clerk of Court is directed to close the motion at ECF 277 and to mark this case as stayed.

    SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                                    J. PAUL OETKEN
                                                    United States District Judge