IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY D. LAURENT, *et al.*, | : |
| On behalf of themselves and all others similarly situated, | : |
| Plaintiffs, | : 06 CV 2280 (JPO) |
| v. | : |
| PRICEWATERHOUSECOOPERS LLP, *et al.*, | : |
| Defendants. | : |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES, SETTLEMENT ADMINISTRATION COSTS, AND NAMED PLAINTIFF AWARDS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum In Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and for Approval of Attorneys' Fees and Expenses, Settlement Administration Costs, and Named Plaintiff Service Awards, the undersigned will move before the Honorable J. Paul Oetken of the United States District Court for the Southern District of New York, at the United States District Courthouse, 40 Foley Square, New York, NY 10007, at a time and place to be scheduled by this Court, for an order in accordance with Fed. R. Civ. P. 23(e), that would

(1)     Grant final approval of the parties' September 15, 2022, Class Action Agreement, under which all of Plaintiffs' and the approximately 16,000 member Class's claims in this case will be dismissed in exchange for a Total Settlement Amount of $267 million, because the proposed resolution was the product of arm's-length negotiations, and is fair, reasonable, and adequate; and

(2)     Grant Class counsel's application for attorneys' fees and expenses, settlement administration costs, and named plaintiff service awards.

Defense counsel have authorized undersigned counsel to represent that Defendants join in the request that the Court give final approval to the settlement; they take no position as to the other relief requested in this motion.

A proposed order is attached hereto as Exhibit 1.

## CONCLUSION

WHEREFORE, for the reasons stated herein, and for such other reasons as may appear to the Court, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order.

Dated:  December 13, 2022                     Respectfully submitted,

                                               /s/Eli Gottesdiener
                                              Eli Gottesdiener
                                              Albert Huang
                                              Gottesdiener Law Firm, PLLC
                                              498 7th Street
                                              Brooklyn, NY 11215
                                              Phone: (718) 788-1500
                                              Fax:    (718) 788-1650