

**Gottesdiener**
Law Firm, PLLC

New York | Washington, D.C.
www.gottesdienerlaw.com

498 7th Street
Brooklyn, NY 11215
Tel: 718.788.1500
Fax: 718.788.1650

**Eli Gottesdiener**
eli@gottesdienerlaw.com

May 24, 2023

<u>Via ECF</u>

The Honorable J. Paul Oetken
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007-1312

      Re:    *Laurent, et al. v. PwC, et al.*, Civ. No. 06-2280 (S.D.N.Y.) (JPO)
              Joint Letter Motion for Approval of Payment Spreadsheet and Permission to File Under Seal

Dear Judge Oetken:

      In accordance with Rules 1(A) & (B) of this Court's Individual Rules and Practices in Civil Cases, I write jointly on behalf of the parties to the above-captioned case to request that the Court:

1. Approve the Payment Spreadsheet that was prepared by the Enrolled Actuary in accordance with Section 11(D) of the Class Action Settlement Agreement ("Agreement") ratified by the Court on January 27, 2023 (Dkt. 310); and

2. Permit Plaintiffs to file the Payment Spreadsheet under seal.

Pursuant to Rule 2(E)(ii)(c) of the Court's Individual Civil Rules, Class Counsel will be forwarding to Chambers a copy of the Payment Spreadsheet for the Court's review.

<u>Approval of Payment Spreadsheet</u>

      The Class Action Settlement Agreement provides that the Enrolled Actuary shall prepare a final "Payment Spreadsheet" that specifies the settlement benefit payable to each Final Individual Net Settlement Benefit Recipient, and that:

> The Parties will file the Payment Spreadsheet with the Court to replace the Estimate Spreadsheet filed pursuant to Section 4(A), and the Payment Spreadsheet will be an integral, negotiated part of the Agreement … [once] approved by the Court. [Agreement §§ 11(D), (G)]

The parties respectfully request that the Court approve the Payment Spreadsheet that will be forwarded by Plaintiffs to Chambers today under separate cover. The Payment Spreadsheet is

The Honorable J. Paul Oetken  Gottesdiener Law Firm, PLLC
May 24, 2023
Page 2

final as to the number of distributees receiving a net settlement benefit payment, and the amount of each payment. Defendants have received, and will likely continue to receive, information updates about distributees, such as address changes. Ministerial changes of that nature, which do not affect the amount of any distribution, will be implemented to effectuate distribution of the net settlement benefit payment checks.

Permission to File Under Seal

In September 2022, the Court granted the parties' motion to seal the original Estimate Spreadsheet (Dkt. 299). The Class Action Settlement Agreement provides that:

> To the extent that the Court ordered portions of the original Estimate Spreadsheet to be filed under seal pursuant to the motion to seal referenced in Section 4(A) of this Agreement, the comparable portions of the Payment Spreadsheet shall also be filed under seal by the Parties. [Agreement § 11(D)]

The parties respectfully request that the Court grant permission to file the Payment Spreadsheet under seal.

Good cause exists to grant the instant motion. The Payment Spreadsheet contains Class members' social security numbers, last known mailing addresses, and dates of birth – together with the results of the Enrolled Actuary's calculation of the gross and net settlement benefits due each of the approximately 16,000 Class members under the Settlement. In other words, the Spreadsheet is comprised almost entirely of personal, private or otherwise sensitive information regarding each of the approximately 16,000 Class members.

It is not inconsistent with the presumption in favor of public access to judicial documents, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), to shield this type of data from public disclosure. Unaffected members of the public have no legitimate interest in seeing such personalized information about Class members, especially given that the details of the agreed *method* for arriving at Class members' settlement benefit are fully available on the public docket – via the text of the Settlement Agreement itself (in particular, Agreement §§ 3B, 3C, 4 and 11), its exhibits (Agreement Ex. 3 for example), and the Motion for Preliminary Approval.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s

Eli Gottesdiener
*Attorney for Plaintiffs and the Class*

---

The Payment Spreadsheet submitted on May 24, 2023 pursuant to Section 11(D) of the Agreement is hereby APPROVED.

The Payment Spreadsheet shall be filed under seal.

So ordered: 5/26/2023

_____
J. PAUL OETKEN
United States District Judge